FILED

04/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0177

Arthur V. Wittich
MONTANA LAW COMPANY
280 West Kagy Blvd. Ste. D-324
Bozeman, MT 59715
(406) 585-5598
artw@law-advisor.com

*Attorney for Appellant R. Porch Construction, Inc.*

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0177

CITY OF KALISPELL, a Municipal Corporation

    Appellee/Petitioner,

    v.

R PORCH CONSTRUCTION, INC., a Montana Corporation,

    Appellant/Interested Party/Defendant

DIABLO INVESTMENTS, LLC, a Montana Limited Liability
Company; KALISPELL AIRPORT ASSOC., a Montana
Corporation; RED EAGLE AVIATION, INC., a Montana
Corporation; and JOHN DOES 1-10,

    Interested Parties/Defendants.

## ORDER GRANTING EXTENSION

Appellant R Porch Construction, Inc., moved this Court for an extension to

file its appeal brief. The motion was unopposed.

Therefore,

IT IS HEREBY ORDERED that Appellant's Motion for Extension to file its

Appeal Brief is GRANTED, and the filing deadline is now May 24, 2024.

ORDER GRANTING MOTION FOR EXTENSION
PAGE 1 OF 2

DATED this 19th day of April, 2024.

Bowen Greenwood
Clerk of the Supreme Court

C:    Sarah D. Simkins
Paul A. Sandry
Taylor N. Eisenzimer
Johnna Preble
Arthur V. Wittich